FILED

2026 Jun-02  PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RASHIDA GRIFFIN,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **Case No. 2:26-cv-572-ACA** |
| | ] | |
| **WOODLANDS OF TUSCALOOS (DE)** | ] | |
| **LLC D/B/A REDPOINT** | ] | |
| **TUSCALOOSA, et al.,** | ] | |
| | ] | |
| **Defendants.** | ] | |

## FINAL ORDER

The parties have filed a joint motion to dismiss this case with prejudice, costs taxed as paid, pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 11). The court may grant such a motion "unless the defendant will suffer clear legal prejudice, other than the mere prospect of a subsequent lawsuit, as a result." *McCants v. Ford Motor Co., Inc.*, 781 F.2d 855, 856–57 (11th Cir. 1986). Because the parties have reached a settlement agreement, the court can discern no legal prejudice the defendants will suffer if the court grants the motion. Accordingly, the court **GRANTS** the motion to voluntarily dismiss the case and dismisses this action **WITH PREJUDICE**. Costs are taxed as paid.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this June 2, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE